UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| XAVIER DANIEL COLLAZO and KIARA ALCANTARA, | : | 23-cv-9105 (SHS) |
| Plaintiffs, | : | ORDER |
| -against- | : | |
| BANQUE DE MONTREAL, VANTAGE LOGISTICS SERVICES, INC., and PRINCEDEEP SINGH, | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The initial pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.     If this matter is not dismissed without prejudice by plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff shall respond to defendants' motion to dismiss on or before February 9, 2024; and

    2.     Defendants' reply is due on or before February 16, 2024.

Dated: New York, New York
          January 11, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.