UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XAVIER DANIEL COLLAZO and
KIARA ALCANTARA,

          Plaintiffs,

-against-

BANQUE DE MONTREAL, VANTAGE
LOGISTICS SERVICES, INC., and
PRINCEDEEP SINGH,

          Defendants.

23-CV-9105 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On December 28, 2023, defendants in this action filed a motion to dismiss plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(2), (3) and (6). (ECF No. 10.) At the initial pretrial conference held on January 11, 2024, the Court ordered plaintiffs to respond to defendants' motion to dismiss by February 9, 2024. (ECF No. 11.) By the Court's Order on March 7, 2024, plaintiffs were directed to respond to defendants' motion to dismiss by March 28, 2024, and instructed that absent any response by that date, the Court would grant defendants' motion as unopposed. (ECF No. 12.)

    Having received no opposition from plaintiffs, the Court hereby grants defendants' motion to dismiss. (ECF No. 10.) The Clerk of Court is directed to close this action.

Dated: New York, New York
       April 1, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.