**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
XAVIER DANIEL COLLAZO and KIARA ALCANTARA,

                Plaintiffs,

  -against-                                        23 **CIVIL** 9105 (SHS)

                                                   **JUDGMENT**

BANQUE DE MONTREAL, VANT AGE LOGISTICS SERVICES, INC., and PRINCEDEEP SINGH,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 1, 2024, having received no opposition from plaintiffs, the Court has granted defendants' motion to dismiss; accordingly, the case is closed.

**Dated:**  New York, New York

     April 2, 2024

                                                     **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                              **BY:**            *K. Mango*

                                                          **Deputy Clerk**